```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 04 B 21775
    ROSE AKOMAS
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9545


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/07/2004 and was confirmed 08/02/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 10/22/2007.
------------------------------------------------------------------------
CREDITOR NAME                 CLASS            CLAIM AMOUNT     INTEREST         PRINCIPAL
                                                                 PAID             PAID
------------------------------------------------------------------------
CITIFINANCIAL                 SECURED NOT I     9957.05             .00              .00
AMERICAN EXPRESS TRAVEL       UNSECURED        54057.83             .00          5405.78
AT&T UNIVERSAL                UNSECURED        NOT FILED            .00              .00
LVNV FUNDING LLC              UNSECURED         1509.43             .00           150.94
BENEFICIAL FINANCE CO         UNSECURED         9996.36             .00           999.64
CITI CARDS                    UNSECURED        NOT FILED            .00              .00
CAPITAL ONE BANK              UNSECURED         1906.96             .00           190.70
CHICAGO MUNICIPAL COURT       UNSECURED        NOT FILED            .00              .00
CITIFINANCIAL                 UNSECURED        NOT FILED            .00              .00
CITIBANK NA                   UNSECURED        NOT FILED            .00              .00
CITIBANK NA                   UNSECURED        NOT FILED            .00              .00
J C PENNEY                    UNSECURED        NOT FILED            .00              .00
SEARS                         UNSECURED        NOT FILED            .00              .00
SHERMAN ACQUISITION           UNSECURED          362.61             .00            36.26
WAL MART STORES INC           UNSECURED        NOT FILED            .00              .00
SHERMAN ACQUISITION           UNSECURED         9166.15             .00           916.62
SHERMAN ACQUISITION           UNSECURED        10005.51             .00          1000.55
SHERMAN ACQUISITION           UNSECURED          177.29             .00            17.73
SHERMAN ACQUISITION           UNSECURED         2320.89             .00           232.09
CITIFINANCIAL                 UNSECURED        12695.16             .00          1269.52
ROBERT J SEMRAD & ASSOC       DEBTOR ATTY      1,394.00                         1,394.00
TOM VAUGHN                    TRUSTEE                                             692.36
DEBTOR REFUND                 REFUND                                                 .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                12,306.19

PRIORITY                                                  .00
SECURED                                                   .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 21775 ROSE AKOMAS
```

```
UNSECURED                                              10,219.83
ADMINISTRATIVE                                          1,394.00
TRUSTEE COMPENSATION                                      692.36
DEBTOR REFUND                                                .00
                                 ----------------    ----------------
TOTALS                                 12,306.19           12,306.19
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 01/28/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```